**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  William Eugene Lane Jr.          :          CASE NO.:  17-16529-ref
                                         :
                                         :
            Debtor.                      :          CHAPTER 13

## ADDENDUM TO DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN

AND NOW comes the Debtor, William Eugene Lane Jr, by and his attorney, Patrick J. Best, Esquire, of ARM Lawyers who hereby submits this Addendum to the Debtor's Proposed Second Amended Chapter 13 Plan.

1. On July 22, 2018, the Debtor filed a proposed Second Amended Chapter 13 Plan with this Honorable Court (Docket No. 36).

2. Part 3 § 3(a) indicated that there were no Priority Debts.

3. While the plan is sufficiently funded to pay Portland Borough Authority's claim, (Claim 6-1) the Debtor inadvertently failed to include the claim in the Priority section of the plan.

4. Portland Borough Authority's claim of $292.86 should be included as a Priority Debt.

5. The undersigned respectfully submits this Addendum in order to have the Debtors' Second Amended Chapter 13 Plan confirmed by this Honorable Court.

Date: September 6, 2018                    /s/ Patrick J. Best
                                           Patrick J. Best, Esquire
                                           ARM Lawyers
                                           18 N. 8th St.
                                           Stroudsburg PA 18360